# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES- SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center;**<br><br>      **Plaintiff**<br><br>**vs.**<br><br>**DICALITE- DICAPERL MINERALS, INC., and DOES 1-10, Inclusive.**<br><br>      **Defendants.** | Case No. 2:12-CV-01072-WBS-CMK<br>Judge: William B. Schubb<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br><br>Orig. Compl. Filed:  March 8, 2012 |

Based upon the stipulation between the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the stipulation *filed with the court on October 25, 2012 (Doc. 16)* is entered as an Order of the Court.

**Date: 10/31/2012**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE