1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES- SHASTA, LLC,** a Delaware limited liability company doing business as Shasta Regional Medical Center; <br><br>            Plaintiff <br><br> vs. <br><br> **DICALITE- DICAPERL MINERALS, INC., and DOES 1-10, Inclusive.** <br><br>            Defendants. | Case No. 2:12-CV-01072-WBS-CMK <br> Judge: William B. Schubb <br><br> ~~PROPOSED~~ **ORDER RE STIPULATION OF DISMISSAL OF ACTION AGAINST DEFENDANT DICALITE-DICAPERL MINERALS, INC. WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(ii)** <br><br> Orig. Compl. Filed: March 8, 2012 |

1

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' stipulation, the Court hereby orders that:

1. The above titled action against Defendant Dicalite-Dicaperl Minerals, Inc. shall be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: February 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**